No. 331. LEWIS *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. October 9, 1944. Petition for writ of

